AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

— OFFENSE CHARGED —
Willfull Failure to Pay Income Tax
26 U.S.C. 7203

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

E-filing

— DEFENDANT - U.S. —
▶ J. Tony Serra

**DISTRICT COURT NUMBER**
CR 05 00171 MAG

**PENALTY:**
Maximum Prison Sentence:   1 Year
Maximum Fine:   $100,000
Maximum Term of Probation:   5 Years
Maximum Supervised Release:   1 Year
Mandatory Special Assessment:   $25.00

— DEFENDANT —

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State
   If answer to (6) is "Yes", show name of institution

— PROCEEDING —
Name of Complaintant Agency, or Person (&Title, if any)
Internal Revenue Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Has detainer been filed?   ☐ Yes  ☒ No
If "Yes" give date filed

**DATE OF ARREST** ▶   Month/Day/Year
Or... If Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN
☐ U.S. Att'y  ☒ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
Blake D. Stamm, Tax Division

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

**PROCESS:**
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: Unsecured PR Bond

If Summons, complete following:
☒ Arraignment  ☐ Initial Appearance
Defendant Address:
300 Hawthorne Road
Bolinas, CA  94924

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: April 5, 2005 3:30pm
Before Judge: Spero

Comments: Scheduled date for entry of guilty plea.

```
 1 | EILEEN J. O'CONNOR
   | Assistant Attorney General, Tax Division
 2 |
   | RONALD A. CIMINO
 3 | Chief, Western Criminal Enforcement Section
 4 | CHARLES A. O'REILLY (CABAR160980)
   | BLAKE D. STAMM
 5 | Trial Attorneys
   | U.S. Department of Justice
 6 | Tax Division
   | 600 E. Street, NW
 7 | Washington, DC 20001               E-filing
   | Telephone: (202) 514-5247
 8 |
   | Attorneys for Plaintiff
 9 |
   |              UNITED STATES DISTRICT COURT
10 |
   |             NORTHERN DISTRICT OF CALIFORNIA
11 |
   |                 SAN FRANCISCO DIVISION
12 |
13 | UNITED STATES OF AMERICA,      )
   |                                )   No. 05- CR 05 00171 MAG
14 |        Plaintiff,              )
   |                                )   VIOLATION:
15 |    v.                          )   Title 26, United States Code, Section 7203 -
   |                                )
16 | J. TONY SERRA,                 )   WILLFUL FAILURE
   |                                )   TO PAY INCOME TAX
17 |        Defendant.              )
   |                                )
18 |
   |                         INFORMATION
19 |
   | COUNT ONE:      (26 U.S.C. § 7203 - Willful Failure to Pay Income Tax)
20 |
   |     The Assistant Attorney General, Tax Division, charges:
21 |
   |     That during the calendar year 1998, J. Tony Serra, who was a resident of Bolinas,
22 |
   | California, earned taxable income on which there was owing to the United States of America an
23 |
   | income tax of $18,037; that he was required by law on or before April 15, 1999, to pay said
24 |
   | income tax to the Internal Revenue Service or other proper office of the United States; and that
25 |
   | well-knowing and believing all of the foregoing, he did willfully fail to pay the said income tax
26 |
   | to the Internal Revenue Service or to any other proper officer of the United States.
27 |
28 |
```

FILED 05 MAR 21 PM 1:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

COUNT TWO:    (26 U.S.C. § 7203 - Willful Failure to Pay Income Tax)

The Assistant Attorney General, Tax Division, charges:

That during the calendar year 1999, J. Tony Serra, who was a resident of Bolinas, California, earned taxable income on which there was owing to the United States of America an income tax of $26,495; that he was required by law on or before April 17, 2000, to pay said income tax to the Internal Revenue Service or other proper office of the United States; and that well-knowing and believing all of the foregoing, he did willfully fail to pay the said income tax to the Internal Revenue Service or to any other proper officer of the United States.

All in violation of Title 26, United States Code, Section 7203.

EILEEN J. O'CONNOR
Assistant Attorney General, Tax Division

DATED: 3/17/05    By: _____
RONALD A. CIMINO
Chief,
Western Criminal Enforcement Section

Approved as to Form _____
Trial Attorney Charles A. O'Reilly