1
2 **DOUGLAS L. RAPPAPORT, ESQ. (SBN 193658)**
  **MICHELLE M. THOMSON (SBN 193658)**
3 Attorneys at Law
  260 California Street, Suite 1002
4 San Francisco, California 94111
  Telephone (415) 989-7900
5
6 Counsel for Defendant J. TONY SERRA

7           IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,    )       No. CR 05-171 JCS
                                )
12              Plaintiff,       )       [~~PROPOSED~~] ORDER
                                )
13                              )
   vs.                         )
14                              )
                                )
15 J. TONY SERRA,               )
                                )
16        Defendant.            )
                                )
17

18                          **ORDER**

19

20     PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Presentence

21 Investigation Report in this matter prepared by the United States Probation Office be released to

22 Douglas L. Rappaport and the State Bar of California, Office of the Chief Trial Counsel for

23 purposes of resolution of State Bar Case, *In the Matter of J. Tony Serra.*

24

25 DATED:  October 28, 2005

26                          HONORABLE JOSEPH SPERO
                            United States District Court Judge

                                    3