UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

J. TONY SERRA,

    Defendant.

_____/

CR 05-171

ORDER EXTENDING
SURRENDER DATE

Upon request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that the self-surrender date of January 30, 2006, for defendant J. TONY SERRA shall be vacated, and re-scheduled for March 31, 2006.

Dated: 01/06/06

_____
JOSEPH C. SPERO
Magistrate Judge
United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331