UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,               CR 05-171

    v.                     ORDER EXTENDING
                         SURRENDER DATE
J. TONY SERRA,

    Defendant.
_____/

Upon request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that the self-surrender date of March 31, 2006, for defendant J. TONY SERRA shall be vacated, and re-scheduled for May 15, 2006.

Dated: 3/22/06

JOSEPH C. SPERO
Magistrate Judge
United States District Court

*Defendant is Ordered not to begin or participate in any trials, other than People v. Cai, before surrender and services of sentence.*

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331